UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| WALTER I. GUERRA-GUAJARDO, § § Plaintiff, § VS. § CIVIL ACTION NO. 7:18-CV-00066 § TROPICAL TEXAS BEHAVIORAL § HEALTH, § § Defendant. § | |

# FINAL JUDGMENT

For the reasons stated in this Court's opinion and order of May 10, 2018,[1] Plaintiff's claims against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of May, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 11.